FILED

08/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0256

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0256

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHARLES DAVID AMENT,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 19, 2024, within which to prepare, file, and serve its response brief.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 13 2024